SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>         Plaintiff,<br><br>    vs.<br><br>Mike Van Wagner, et al,<br><br>         Defendants | Case No. **2:08-cv-01944-MCE-DAD**<br><br>REQUEST FOR EXTENSION OF TIME UNTIL OCTOBER 27, 2008 FOR DEFENDANTS MIKE VAN WAGNER; MIKE MOAD TO RESPOND TO COMPLAINT; ORDER |

   Pursuant to Local Rule 6-142, Plaintiff Scott N. Johnson and Defendants, Mike Van Wagner; Mike Moad, by and through their respective attorneys of record (Scott N. Johnson; Phil Hiroshima) stipulate as follows:

   1. No extension of time has been previously obtained.

- 1

PDF created with pdfFactory trial version www.pdffactory.com

2. Defendants Mike Van Wagner and Mike Moad are granted an extension until October 27, 2008 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Mike Van Wagner and Mike Moad's response will be due no later than October 27, 2008.

IT IS SO STIPULATED effective as of October 1, 2008

Dated:   October 2, 2008              /s/ Phil Hiroshima_ ___
                                      Phil Hiroshima,
                                      Attorney for Defendants
                                      Mike Van Wagner;
                                      Mike Moad


Dated:   October 1, 2008              /s/Scott N. Johnson ____
                                      Scott N. Johnson,
                                      Attorney for Plaintiff

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**IT IS SO ORDERED:** that Defendants Mike Van Wagner and Mike Moad shall have until October 27, 2008 to respond to Plaintiff's complaint.

DATED: October 10, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com