```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>        Plaintiff,<br><br>   vs.<br><br>Van Wagner, et al<br><br>        Defendants | Case No. **2:08-cv-01944-MCE-DAD**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL NOVEMBER 17, 2008 FOR DEFENDANTS MIKE VAN WAGNER AND MIKE MOAD TO RESPOND TO COMPLAINT |

   Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Mike Van Wagner; Mike Moad, by and through their respective attorneys of record, Scott N. Johnson; Phil Hiroshima, stipulate as follows:

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1. An extension of time has been previously obtained for Defendants Mike Van Wagner and Mike Moad until October 27, 2008 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Mike Van Wagner and Mike Moad are granted an extension until November 17, 2008 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Mike Van Wagner and Mike Moad's response will be due no later than November 17, 2008.

IT IS SO STIPULATED effective as of October 27, 2008

Dated: October __, 2008      /s/Phil Hiroshima_ ___
                              Phil Hiroshima,
                              Attorney for Defendants
                              Mike Van Wagner;
                              Mike Moad

Dated: October 27, 2008       /s/Scott N. Johnson ____
                              Scott N. Johnson,
                              Attorney for Plaintiff

- 2

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**IT IS SO ORDERED:** that Defendant Mike Van Wagner and Mike Moad shall have until November 17, 2008 to respond to complaint.

DATED: October 29, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com