1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson


# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SCOTT N. JOHNSON | ) No. **2:08-cv-01944-MCE-DAD** |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER RE: |
| | ) EXTENSION OF TIME UNTIL |
| Van Wagner, et al | ) DECEMBER 07, 2008 FOR ALL |
| | ) DEFENDANTS TO RESPOND TO |
| Defendants | ) COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Mike Van Wagner; Mike Moad; Chester E. Hammonds; Carole D. Hammonds; Richard J. Bennett; and Geralyn M. Bennett, by and through their respective attorneys of record, Scott N. Johnson; Phil Hiroshima, stipulate as follows:

1.   An original extension of time has been obtained for Defendants Mike Van Wagner and Mike Moad until October 27, 2008 by Order dated October 10, 2008. A second extension of time was obtained for Defendants Mike Van Wagner and Mike Moad until November 17, 2008 by Order dated October 30, 2008.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

2.    Defendants Mike Van Wagner and Mike Moad are requesting a third extension until December 07, 2008 to respond or otherwise plead reference to Plaintiff's complaint while Final Settlement Negotiations are being made.

3.    No extension of time has been previously obtained for Defendants Chester E. Hammonds, Carole D. Hammonds, Richard J. Bennett and Geralyn M. Bennett.

4.    Defendants Chester E. Hammonds, Carole D. Hammonds, Richard J. Bennett and Geralyn M. Bennett are granted an extension until December 07, 2008 to respond or otherwise plead reference to Plaintiff's complaint.

5.    All Defendants response will be due no later than December 07, 2008.

IT IS SO STIPULATED effective as of November 17, 2008


Dated:  November __, 2008          /s/ Phil Hiroshima ____
                                   Phil Hiroshima,
                                   Attorney for All Defendants


Dated:  November 17, 2008          /s/Scott N. Johnson ____
                                   Scott N. Johnson,
                                   Attorney for Plaintiff


**IT IS SO ORDERED:** that all Defendants shall have until December 07, 2008 to respond to complaint.


DATED: November 21, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE