SCOTT N. JOHNSON, ESQ. – SBN 166952
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Boulevard, Suite 101
Carmichael, CA 95608-5758
(916) 485-3516 Telephone
(916) 481-4224 Facsimile

Attorneys for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>       Plaintiff,<br><br>  vs.<br><br>Mike Van Wagner, Individually and d/b/a Capitol City Marine, Mike Moad, Individually and d/b/a Capitol City Marine; Chester E. Hammonds; Carole D. Hammonds; Richard J. Bennett; Geralyn M. Bennett,<br><br>       Defendants. | Case No.: CIV.S 08-cv-01944-MCE-DAD<br><br>**STIPULATION OF DISMISSAL; ORDER**<br><br>Complaint Filed: August 20, 2006 |

    The parties hereto stipulate as follows:
    The parties have reached a full and final settlement of all issues in this action. A Settlement Agreement between the parties has been fully executed.
///
///
///
///
///
///

1
STIPULATION OF DISMISSAL; ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Some parts of the Settlement Agreement are to be performed in the future. The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth herein. The parties request the Court to retain jurisdiction for two years from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994). The parties are requesting a 2 year time period so that the City of Citrus Heights can complete their Auburn Blvd. improvement project.

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to enforce the terms of the Settlement Agreement.

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for two years after the date hereof.

Dated: January 27, 2009    Hiroshima, Jacobs, Roth and Lewis

/s/Phil Hiroshima
PHIL HIROSHIMA,
Attorneys for Defendants,
Mike Van Wagner; Mike Moad


Disabled Access Prevents Injury, Inc.

Dated: January 28, 2009    /s/ Scott N. Johnson
SCOTT N. JOHNSON,
Attorney for Plaintiff

**IT IS SO ORDERED**.

DATED: March 18, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com